1  JODI SIEGNER, Bar No. 102884
   jsiegner@deconsel.com
2  DeCARLO & SHANLEY,
   a Professional Corporation
3  533 S. Fremont Avenue, Ninth Floor
   Los Angeles, California 90071-1706
4  Telephone: (213) 488-4100
   Telecopier: (213) 488-4180
5
   Attorneys for Plaintiff, Carpenters Southwest
6  Administrative corporation, formerly known as Carpenters
   Southern California Administrative Corporation,
7

FILED
CLERK, U.S. DISTRICT COURT
FEBRUARY 21, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ____shb____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BOUSQUET CONSTRUCTION, INC., a California corporation; PIERRE JOSEPH AIME BOUSQUET, an individual and doing business under the fictitious name of P.J.A.B. CONSTRUCTION, <br><br> Defendants. | CASE No. CV 83-4953 CBM <br><br> RENEWAL OF JUDGMENT |

LODGED
CLERK, U.S. DISTRICT COURT
FEB - 7 2017
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

The judgment debtors, BOUSQUET CONSTRUCTION, INC., a California corporation; and PIERRE JOSEPH AIME BOUSQUET, an individual and doing business under the fictitious name of P.J.A.B. CONSTRUCTION, ("DEFENDANTS"), having judgment entered against him on October 31, 1984 and subsequently renewed on May 28, 1992, on May 14, 1999 and on March 14, 2007;

NOW, upon application of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, formerly known as CARPENTERS

SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION, ("CSAC"), and upon declaration that DEFENDANTS have failed to pay the total amount of said judgment; and that DEFENDANTS are indebted to CSAC.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against DEFENDANTS, be renewed in the amount of $113,941.86 which is broken down as follows:

Judgment as entered:

|   |    |                                                                                                          |    |           |
|---|----|----------------------------------------------------------------------------------------------------------|----|-----------|
|   | a. | Principal                                                                                                | $  | 24,609.57 |
|   | b. | Judgment interest                                                                                        | $  | 8,207.92  |
|   | c. | Costs                                                                                                    | $  | 433.90    |
|   | d. | Attorney Fees                                                                                            | $  | 2,569.00  |
| Subtotal (Judgment as entered) ||                                                                                        | $  | 35,820.39 |
|   | e. | Less credits after judgment                                                                              | $  | 0.00      |
|   | f. | Interest after judgment computed from October 31, 1984 through May 22, 1992 at 10.33% ($10.28 per day)   | $  | 28,002.72 |
|   | g. | Subtotal                                                                                                 | $  | 63,823.11 |
|   | h. | Costs after judgment                                                                                     | $  | 0.00      |
| Subtotal (Judgment as renewed) ||                                                                                        | $  | 63,823.11 |
|   | i. | Less credits after judgment                                                                              | $  | 0.00      |
|   | j. | Interest after judgment computed from May 28, 1992 through May 12, 1999 at 4.26% ($7.55 per day)         | $  | 18,910.39 |
|   | k. | Subtotal                                                                                                 | $  | 82,733.50 |
|   | l. | Costs after judgment                                                                                     | $  | 0.00      |
| Subtotal (Judgment as renewed) ||                                                                                        | $  | 82,733.50 |
|   | m. | Less credits after judgment                                                                              | $  | 0.00      |
|   | n. | Interest after judgment computed from May 24, 1999 through February 1, 2007 at 4.89% ($11.24 per day)    | $  | 31,208.36 |

////

|   |   |   |
|---|---|---|
| o. | Subtotal | $ 113,941.86 |
| p. | Costs after judgment | $ 0.00 |
| Subtotal (Judgment as renewed) | | $113,941.86 |
| q. | Less credits after judgment | $ 0.00 |
| r. | Interest after judgment computed from March 14, 2007 through January 31, 2017 at 4.89% ($23.66 per day) | $ 69,253.15 |
| s. | Subtotal | $ 183,195.01 |
| t. | Costs after judgment | $ 0.00 |
| GRAND TOTAL | | $ 183,195.01 |

DATED: February 21, 2017        *Sharon Hall Brown*

                                    Deputy Clerk

                                                      Kiry K. Gray, Clerk of Court

Presented by:

DeCARLO, CONNOR & SHANLEY,
A Professional Corporation


BY: _____
     JODI SIEGNER
Attorneys For Judgment Creditors,
Carpenters Southwest Administrative
Corporation, formerly known as Carpenters
Southern California Administrative Corporation